FRANCIS J. GIAMBALVO
FGIAMBALVO@GRSM.COM

ERIC DAWSON
EDAWSON@GRSM.COM



ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NY 10004
WWW.GRSM.COM

May 3, 2024

Granted.

SO ORDERED:

5/6/2024

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**VIA ECF**
The Honorable Robert W. Lehrburger
United States Magistrate Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 1960
United States Courthouse
New York, NY 10007

Re: *Carabali et al v. J. Wasser & Co. et al*
23-cv-5740 (AS) (RWL)

Dear Magistrate Judge Lehrburger:

This office represents the defendants in the above-referenced matter. We submit this letter, jointly with counsel for the plaintiffs, pursuant to Rule I.F of Your Honor's Individual Practices, to request a second extension of time for the parties to submit their unopposed motion for Court approval of the FLSA settlement pursuant to *Cheeks*, along with the executed settlement agreement.

Pursuant to Your Honor's Order, dated April 18, 2024 (ECF No. 27), the current deadline for the parties' *Cheeks* submission for settlement approval is May 3, 2024. As previously noted, all material terms have been agreed to and the agreement is pending the parties' execution. Plaintiffs have been unexpectedly delayed in being able to execute the settlement agreement. Accordingly, the parties request an extension of their deadline to May 31, 2024, to have sufficient time to fully execute their agreement and submit their unopposed application for approval.

We thank you for your consideration of this request.

Respectfully,

GORDON REES SCULLY MANSUKHANI, LLP

*Eric Dawson*
Eric Dawson